UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:26-cr-327 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | **ENDS OF JUSTICE ORDER PURSUANT TO THE SPEEDY TRIAL ACT** |
| DEMETRIUS MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on the unopposed motion of Defendant Demetrius Moore to continue all dates and deadlines (Doc. No. 11). The motion is granted and the deadlines in this case are continued pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

As grounds for the continuance, and for the reasons set forth in the motion, the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial because failure to grant such a continuance would deny defense counsel the reasonable time necessary to receive and review discovery, meet with Mr. Moore, conduct any investigations, discuss plea negotiations, draft pre-trial motions, and prepare for trial, taking into account the exercise of due diligence.

In this case, an appropriate motion has been filed by Defendant, and confirmed by counsel during the August 19, 2026 status conference.

Being that this motion is unopposed and sets forth good cause, this ends of justice order and waiver of rights to a speedy trial is effective through November 30, 2026, and may be extended further by any period of delay set forth in or contemplated by 18 U.S.C. § 3161. The

time period of the continuance implemented by this Order will be excluded under the Speedy Trial Act.

The new dates and deadlines are as follows: deadline for pretrial motions not already submitted to the Court is **October 5, 2026**, with a response deadline of **October 12, 2026**; change of plea deadline is **November 11, 2026**; the Final Pretrial Conference is **November 18, 2026, at 12:00 p.m., in Courtroom 15B**; and the Jury Trial begins on **November 30, 2026, at 8:00 a.m., in Courtroom 15B**.

**IT IS SO ORDERED.**

Date: August 19, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE