IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:26-CR-327 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) | |
| | ) | <u>PROTECTIVE ORDER REGARDING</u> |
| DEMETRIUS MOORE, | ) | <u>DISCOVERY MATERIALS</u> |
| | ) | |
| Defendant. | ) | |

WHEREAS the United States has moved this Court for a Protective Order regarding the Discovery Material in this case;

WHEREAS, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the Court finds that good cause exists for the entry of a protective order in this case; and

WHEREAS the United States has proposed a procedure that allows reasonable use of Discovery Material to allow Defendant to prepare for trial in this case.

IT IS HEREBY ORDERED:

1. All discovery material provided by the United States to Defendant shall be used solely for the purpose of conducting pretrial, trial, and appellate proceedings in this action and for no other purpose.
2. Discovery material referencing ongoing investigations into drug trafficking and money laundering shall remain in the sole custody of defense counsel or their office. This category of discovery material includes items such as sealed search warrant documents, investigative reports, and grand jury material. Defendant is permitted to review this category of materials in the presence of counsel or staff members of

counsel's office, but Defendant is not permitted to retain his own copies of such materials.

3. Nothing in this Order shall operate or be construed to operate as restricting Defendant's right to meaningful communication with their defense counsel or to abrogate the United States' duty to provide exculpatory evidence to Defendant.
4. Nothing in this Order shall prevent the United States or Counsel for Defendant from using Discovery Material in connection with any hearings or pleadings or motions filed in this case, provided that such material is properly redacted or, if such redaction cannot be readily accomplished, filed under seal.
5. Leave to deviate from the conditions of this Order must be requested from the Court in writing.
6. Failure to comply with the terms of this Order is punishable by contempt of court or by whatever other sanction deemed the Court shall deem just.

IT IS SO ORDERED.

Date: August 19, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE