IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:26 CR 327 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| DEMETRIUS MOORE, | ) | <u>NOTICE OF APPEARANCE</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, David M. Toepfer, United States Attorney, and Henry F. DeBaggis, Assistant United States Attorney, and hereby enters his appearance as co-counsel of record [re: forfeiture] for the government in the within action and respectfully requests that all future notices and entries additionally be sent by this Court to Assistant United States Attorney Henry F. DeBaggis.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Henry F. DeBaggis

Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3749
(216) 522-7499 (facsimile)
Henry.DeBaggis@usdoj.gov