**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 5:26CR327 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE BRIDGET MEEHAN BRENNAN |
| -vs- | : | |
| | : | |
| DEMETRIUS MOORE, | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION TO EXTEND PRETRIAL** |
| Defendant. | : | **MOTIONS DEADLINE** |

Defendant, through his counsel, respectfully moves this Honorable Court for a 30-day extension of time to file pretrial motions. Pretrial motions are currently due on October 5, 2026. A 30-day extension is necessary for two reasons.

First, the government has informed counsel that it plans to seek a superseding indictment during the week of October 12th. It has been explained that the anticipated superseding indictment will significantly alter the posture of this case. Further, the discovery relating to the anticipated superseding indictment is expected to be voluminous. In conferring on this case, the parties believe it prudent to extend the current pretrial motion deadline until after any superseding indictment, such that a full examination of the case can be made in deciding on possible pretrial motions to be filed.

Second, undersigned counsel has been diligently reviewing the current discovery disclosure, researching potential pretrial motions, and conferring with Mr. Moore on the case. During counsel's review, additional discovery was requested from government counsel relating to potential pretrial motions. The government recently disclosed that requested discovery. Having now been disclosed, counsel needs additional time to review that discovery and decide how it

might impact the filing of pretrial motions. In that review process, counsel has sought the assistance of an expert. However, the expert needs additional time to review the materials and confer with counsel. Further, once the expert has reviewed the relevant materials, counsel will then need time to meet with Mr. Moore to discuss the findings.

Defense counsel has discussed this motion with Assistant U.S. Attorney James Lewis, who indicated that the government has no objection to this request. Defense counsel has also discussed the filing of this motion with Mr. Moore, who concurs in its filing.

For these reasons, Mr. Moore respectfully requests that the Court grant this unopposed motion and extend the current pretrial motions deadline, set for October 5, 2026, for 30 days.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ David E. Johnson*
DAVID E. JOHNSON
Assistant Federal Public Defender
Ohio Bar: 0081505
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: David_Johnson@fd.org