UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:26-cr-327 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| DEMETRIUS MOORE, | ) | **DUE PROCESS PROTECTIONS ACT NOTICE AND ORDER** |
| | ) | |
| Defendant. | ) | |

Pursuant to the Due Process Protections Act, the government is reminded of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt of punishment. The government is ordered to comply with *Brady* and its progeny. Failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

**IT IS SO ORDERED.**

Date: October 20, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE