# APPENDIX A

______________________________ CASE NO. ___________

PLAINTIFF(S),

vs. JUDGE BRIDGET M. BRENNAN

______________________________

DEFENDANT(S).

**PLAINTIFF/DEFENDANT/JOINT/THIRD-PARTY EXHIBITS**

| EXHIBIT I.D. | DESCRIPTION OF EXHIBIT | I.D. | OFFERED | OBJ. | ADMITTED | NOT ADMITTED |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |